UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| In Re: | **Case No. GG 09-14777** |
| **LORI A. VICKERS,** | Chapter 7; Filed: 12/21/09 |
| Debtor. | Honorable James D. Gregg |
| _____/ | |

## MOTION TO COMPEL TURNOVER

NOW COMES Chapter 7 Trustee Jeff A. Moyer ("Trustee"), by and through his attorneys, The Bankruptcy Group, Inc., and states as his Motion to Compel Turnover to the Court the following:

1. On December 21, 2009, Lori A. Vickers ("Debtor" or "Vickers") filed a voluntary Chapter 7 petition for relief under the Bankruptcy Code.

2. Jeff A. Moyer ("Trustee" or "Movant") is the duly-appointed, qualified and acting Chapter 7 Trustee in this case.

3. The Debtor had $13,025.33 in allowed exemptions in a divorce receivable. She was paid a lump sum of $2,500.00 from her ex-spouse in June 2010 and upon information and belief has received $300.00 monthly payments from him since that time. Her allowed exemption would have therefore been paid in full in May 2013. Therefore, $274.67 of the May 2013 payment as well as every $300.00 monthly payment received thereafter is non-exempt property of the estate and subject to turnover for the benefit of her creditors.

4. The Trustee therefore requests turnover from Ms. Vickers the amount of $274.67 representing the non-exempt portion of the divorce receivable payment she received in May 2013, every $300.00 monthly payment she has received from June 2013 to date, as well as all future remaining monthly payments due on the divorce receivable.

5.      The personal property involved is not of inconsequential value nor without benefit to the estate.

6.      Ms. Vickers is required to turnover the funds in question to the Trustee and has not yet done so.

WHEREFORE, Trustee Jeff A. Moyer requests this Court to enter an Order granting the following relief:

A.      Requiring the immediate turnover by Ms. Vickers the amount of $274.67 representing the non-exempt portion of her May 2013 monthly divorce receivable payment, every $300.00 monthly payment she has received from June 2013 to date, and all remaining future monthly payments on the divorce receivable due to her exemption in those funds having been paid in full; and

B.      Grant such other or further relief as this Court deems just and proper.

Respectfully submitted,

THE BANKRUPTCY GROUP, INC.
Attorneys for Trustee Jeff A. Moyer

Dated: January 24, 2014

By: _____
Jeff A. Moyer (P44671)
Business Address:
   1547 Godfrey Ave. SW
   Wyoming, MI 49509
   (616) 724-1890